UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21930-Civ-COOKE/GOODMAN

**GAMALY HOLLIS,**

Plaintiff,

vs.

**MIAMI-DADE COUNTY, FLORIDA** *et al.,*

Defendants.
_____/

## ORDER ADOPTING AND AFFIRMING
## U.S. MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** is before the Court upon U.S. Magistrate Judge Jonathan Goodman's Report and Recommendation (ECF No. 76) ("R&R") on Defendant Dorvilier's Motion to Dismiss Counts II and V with prejudice (ECF No. 55) and Defendant Miami-Dade County's Motion to Dismiss (ECF No. 57). In his R&R, Judge Goodman recommends that Defendant Miami-Dade County's Motion to Dismiss be denied as moot because Plaintiff voluntarily dismissed her claims against Miami-Dade County. *See* ECF No. 76, Report and Recommendation at p. 2. Additionally, Judge Goodman recommends that Defendant Dorvilier's Motion to Dismiss Counts II and V with prejudice be granted, and that Counts II and V of Plaintiff's Second Amended Complaint be dismissed with prejudice. *See id.* at p. 19. In making this recommendation, Judge Goodman noted that "this is Plaintiff's third attempt at pleading cognizable claims, she should not be allowed another bite at the apple and the Counts should therefore be dismissed with prejudice." *Id.*

When a magistrate judge's "disposition" has properly been objected to, district courts must review the disposition *de novo*. Fed. R. Civ. P. 72(b)(3). If no party timely objects, however, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's notes (citation omitted).

1

The Court has reviewed Judge Goodman's R&R, and notes that the Parties did not file any objections to the R&R. Because the Court finds no clear error, it is **ORDERED and ADJUDGED** as follows:

1. Defendant Miami-Dade County's Motion to Dismiss (ECF No. 57) is **DENIED AS MOOT**.

2. Defendant Dorvilier's Motion to Dismiss Counts II and V with prejudice (ECF No. 55) is **GRANTED**.

3. Counts II and V of the Second Amended Complaint are **DISMISSED WITH PREJUDICE**.

**DONE and ORDERED** in Chambers in Miami, Florida, this 7th day of September 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT COURT JUDGE
For Marcia G. Cooke, U.S. District Judge

Copies furnished to:
Jonathan Goodman, U.S. Magistrate Judge
Counsel of record